**MARTIN J. KEHOE III**
MARTIN KEHOE AND ASSOCIATES, P.C.
2009 Western Ave
Albany, NY 12203
(518) 452-8000
Fax (518) 452-1116
info@martinkehoe.com

January 6, 2026

Hon. Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

**Re:    Kenneth Greenblatt, et al. v. New York City Dept. of Education, et al.**
         **1:25-CV-8346 (DEH)(GS)**

Dear Judge Stein,

I am writing to respectfully request a rescheduling of our virtual initial case management conference date currently set for Tuesday, January 13, 2026, at 2:00 PM, as I am scheduled to provide in-person representation for clients in Renssalaer County Family Court on that date at 9:30 AM, 10:15 AM, and 2:00 PM respectively.

If it pleases the court, I request that the conference time be moved to Tuesday, January 13, 2026, at 12:30 PM. Although I understand there is much to be covered at this conference, I believe that with this arrangement, ample time would be provided in order for me to commute to and from Renssalaer County Family Court in Troy, NY. If this time does not work, I request that the conference be moved to January 12, 2026, at any time the court deems appropriate, or February 2, 2026, at any time in the afternoon, as I have no prior obligations on these dates and times.

My position as an assistant public defender in Rensselaer County occupies the majority of my Tuesdays and Wednesdays every week. If the proposed dates are unsuitable, with several weeks of advance notice, I can make arrangements to have potential public defender appearances covered at your court's convenience.

Thank you for your consideration in this matter. I have sought and received consent to these proposed changes from defendant's counsel.

Truly yours,

Martin J. Kehoe III, Esq.

Gary Stein
United States Magistrate Judge
Southern District of New York

Application granted.  The virtual initial case management conference currently set for January 13, 2026 shall be moved to Monday, February 2, 2026 at 2 p.m.  Counsel is instructed to join the meeting through the instructions listed in the Court's December 10, 2025 Order.  (Dkt. No. 12).  SO ORDERED.

Date:   New York, New York
        January 7, 2026