# MARTIN J. KEHOE III

MARTIN KEHOE AND ASSOCIATES, P.C.
2009 Western Ave
Albany, NY 12203
(518) 452-8000
Fax (518) 452-1116
info@martinkehoe.com

January 13, 2026

Hon. Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:    Kenneth Greenblatt, et al. v. New York City Dept. of Education, et al.**
**1:25-CV-8346 (DEH)(GS)**

Dear Judge Stein,

I represent Kenneth and Minta Greenblatt individually and on behalf of their child K.G. in the above-captioned action. Pursuant to the Court's procedures for sealing/redaction and the applicable legal standard governing sealing of judicial documents, Plaintiffs respectfully request leave to file the Certified Administrative Record (CAR) from the State Review Officer (SRO) appeal under seal.

Plaintiff seeks an order permitting the CAR to be filed under seal because it contains extensive confidential information about a minor, including (among other things):

- the Student's educational records;
- evaluations, psychoeducational testing, and related clinical materials;
- disability-related information;
- treatment-related and mental health information; and
- other personally identifying information concerning the Student and family members.

The CAR is central to the claims and defenses in this action and will necessarily contain sensitive information that is protected by strong privacy interests. The Student is a minor, and public disclosure of the CAR would expose intimate details of the Student's educational and clinical history and could cause significant and irreparable harm.

While Plaintiff will continue to comply with the redaction requirements of Federal Rule of Civil Procedure 5.2 (including use of initials for the minor and removal of other protected identifiers), the CAR includes numerous pages where disability-related and treatment information is intertwined throughout the text, exhibits, and evaluative materials such that line-by-line redaction would be impracticable and would substantially undermine the usefulness of the record. In these circumstances, sealing (or sealed filing of the unredacted record coupled with a public redacted

version, if the Court prefers) is the least restrictive means to protect the Student's privacy while allowing the Court and the parties full access to the operative administrative record.

Plaintiff's request is narrowly tailored. Plaintiff seeks to seal only the CAR (and, if needed, any unredacted version of excerpts cited in motion practice). If the Court prefers targeted sealing, Plaintiff is prepared to confer with Defendant and propose an exhibit-by-exhibit approach (e.g., sealing evaluations and treatment records while publicly filing procedural documents with redactions).

A proposed order is attached for the Court's convenience. Plaintiff will serve any sealed materials in accordance with the Federal Rules and any applicable SDNY procedures/ECF requirements regarding sealed filings.

Counsel for Defendant consents to this application.

We thank the Court for its attention to this application.

Truly yours,

*Martin J. Kehoe III*

Martin J. Kehoe III, Esq.
Martin Kehoe & Associates, P.C.
Attorney for Plaintiffs
(518) 452-8000
info@martinkehoe.com

Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access.  Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); see also Nixon v. Warner Commc'ns., Inc., 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case.").  Courts frequently permit filings under seal in IDEA actions in order to protect the privacy interests of minor plaintiffs, including in maintaining the confidentiality of their medical and other sensitive information.  See, e.g., J.L. on behalf of J.P. v. New York City Dep't of Educ., No. 17 Civ. 7150 (KHP), 2024 WL 291218, at *3 (S.D.N.Y. Jan. 25, 2024).

The administrative record here is replete with confidential and personally identifiable details related to Plaintiffs and their minor child, including educational and medical diagnoses.  Because the privacy interests inherent in this information are high, and the public's interest in accessing this information are relatively low, Plaintiff's motion for leave to file under seal is GRANTED.  SO ORDERED.

Date:   January 22, 2026

*Gary Stein*

**Gary Stein**
**United States Magistate Judge**
**Southern District of New York**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH and MINTA GREENBLATT, individually
and on behalf of their child, K.G.,

                     *Plaintiffs,*

      -against-

THE NEW YORK CITY DEPARTMENT OF EDUCATION
a/k/a and d/b/a THE NEW YORK CITY BOARD OF
EDUCATION, and MELISSA AVILES-RAMOS, in the official
capacity as the Chancellor of New York City Public Schools

                     *Defendants*.

**ORDER GRANTING MOTION
TO SEAL CERTIFIED
ADMINISTRATIVE RECORD**

Case No. 1:25-CV-8346

Upon the Letter Motion of Plaintiff seeking leave to file under seal the Certified Administrative Record from the State Review Officer appeal, and for good cause shown, it is hereby:

**ORDERED** that Plaintiff's application is **GRANTED**; and it is further

**ORDERED** that Plaintiff may file the **Certified Administrative Record** under seal; and it is further

**ORDERED** that the sealed materials shall remain under seal unless and until further order of the Court; and it is further

**ORDERED** that any party seeking to file excerpts from the Certified Administrative Record in connection with motion practice shall either (a) file such excerpts publicly in redacted form consistent with Fed. R. Civ. P. 5.2, or (b) seek leave to file unredacted excerpts under seal, consistent with this Court's procedures.

SO ORDERED.

Dated: _____
New York, New York

                                  _____

                                    Hon. Gary Stein
                                    United States Magistrate Judge